DAVID COHEN, PLAINTIFF-RESPONDENT, v.
ALBERT SWITKY, *ET ALS.*, DEFENDANTS-PETITIONERS.

*Mr. Samuel Kalikman* for the petitioners.

*Mr. George G. Tartar* for the respondent.

May 29, 1967. Denied.

CHARLES VESTER, PETITIONER-RESPONDENT, v. COOPER
ALLOY CORPORATION, RESPONDENT-PETITIONER.

*Messrs. Vaccaro & Osborne* for the petitioner.

*Messrs. Freeman, Bass & Bregg* and *Messrs. Frohling & Gaulkin* for the respondent.

May 29, 1967. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
THERESA POST, *ET AL.*, DEFENDANTS-PETITIONERS.

*Mr. Ernest S. Glickman* for the petitioners.

*Mr. Vincent Panaro* and *Mr. Edward J. Phelan* for the respondent.

May 29, 1967. Denied.